IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FREDDIE LEE HALLIBURTON,

    Plaintiff,

v.                                                                           CASE NO.  5:15cv14-RH/GRJ

OFFICER C. O'BRYAN et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 11, and the objections, ECF No. 13. I have reviewed *de novo* the issues raised by the objections.

The report and recommendation is correct and is adopted as the court's opinion, with this additional note. In *Sandin v. Connor*, 515 U.S. 472 (1995), the Supreme Court held that placing a prisoner in confinement for 30 days did not deprive the prisoner of a "liberty" interest within the meaning of the Due Process Clause. In our case the plaintiff was placed in confinement for 60 days, but the result is the same. *See Rodgers v. Singletary*, 142 F.3d 1252, 1253 (11th Cir.

Case No.  5:15cv14-RH/GRJ

1998) (holding that placing a prisoner in confinement for "approximately two months" did not implicate a liberty interest).

For these reasons,

IT IS ORDERED:

1.    The report and recommendation is accepted.

2.    The clerk must enter judgment stating, "The complaint is dismissed with prejudice under 28 U.S.C. § 1915(g)."

3.    The clerk must close the file.

SO ORDERED on September 15, 2015.

                              s/Robert L. Hinkle
                              United States District Judge